UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>           Plaintiff             )<br>                               )<br>    vs.                        )<br>                               )<br> Juan Godinez-Topete            )<br>                               )<br>           Defendant(s)         )<br>_____) | CRIMINAL NO. 08CR1678-JAH<br>              08mj0342<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Juan Marcelo Gualpa-Yupa

DATED: 5/22/08

RECEIVED _____
            DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk