# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Juan Godinez-Topete ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR1678-JAH <br> 08mj8342 <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06247298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Lorena Gomez-Rangel

DATED: 5/22/08

RECEIVED _____ DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Ceres
Deputy Clerk